UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREAT LAKES REINSURANCE, PLC

    Plaintiff,

v.                                           CASE NO: 8:06-cv-1091-T-23TBM

JOHN CRISMORE, et al.,

    Defendants,

v.

INTERNATIONAL MARINE INSURANCE
SERVICES,

    Third-Party Defendant.
_____/

**ORDER**

The Court is advised of settlement in this case. Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within sixty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 13, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE